No. 94-7486. MORRITZ *v.* GOVERNMENT OF ISRAEL. C. A. 7th Cir. Certiorari denied.

No. 94-7487. KRUPP *v.* NEUBERT, ADMINISTRATOR, BAYSIDE STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 94-7488. JOHANSON *v.* WHITLEY, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 94-7490. JOHNSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94-7491. RANDALL *v.* GOLDEN, ASSISTANT ATTORNEY GENERAL OF FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 94-7493. MEYERS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94-7495. LILLY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 94-7497. AUSTIN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94-7498. ARIAS-SANTOS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94-7499. ARTERBERRY *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94-7500. SHARP *v.* VIRGINIA STATE BAR. Sup. Ct. Va. Certiorari denied.

No. 94-7501. HILARIOS-MARTINEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94-7502. CESTNIK *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94-7503. CALDERON-RAMIREZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94-7504. CABRAL-CASTILLO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94-7506. AREVALO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.